AHM/ARD: JUNE 2006
**GJ# 13**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

MIDDLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SHARON ANN BURT | ) |

## INDICTMENT

**COUNT ONE:**  **[29 U.S.C. 501(c)]**

The Grand Jury charges that:

From in or about April, 2001 through in or about December, 2003, in DeKalb County, within the Northern District of Alabama, the defendant,

SHARON ANN BURT,

a person employed, directly and indirectly, by the Bakery, Confectionery, Tobacco Workers and Grain Millers International Union Local 611, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization in the

approximate amount of $76,000.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

/s/ *electronic signature*
FOREMAN OF THE GRAND JURY    ALICE H. MARTIN
United States Attorney

/s/ *electronic signature*
ANGELA REDMOND DEBRO
Assistant United States Attorney